
*1017782745*

# IN THE DISTRICT COURT OF CLEVELAND COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| CARSON CARRIER, as Beneficiary ) | STATE OF OKLAHOMA} S.S. |
| Plaintiff, ) | CLEVELAND COUNTY } |
| v. ) | **FILED** In The |
| ) | No. CJ-2012-386 Office of the Court Clerk |
| STATE FARM LIFE INSURANCE COMPANY ) | Lucas  MAR 13 2012 |
| Defendant. ) | DOCKET____PAGE____RECORDED |
| | Rhonda Hall, Court Clerk |
| | _____DEPUTY |

## PETITION

Plaintiff, for cause of action against Defendant, states:

(1) Plaintiff's brother, Edward Carrier III (the Deceased), purchased from Defendant life insurance policy number LF-2718-8632, naming Plaintiff as beneficiary, the policy proceeds to be held and managed for the benefit of the Deceased's two minor children.

(2) On February 19, 2010, Edward Carrier III died while the policy was in force.

(3) Defendant has refused to pay the $150,000.00 death benefit.

WHEREFORE, Plaintiff prays judgment against Defendant for $150,000.00 on the policy, plus costs, interest at 15%, and attorney's fee, pursuant to 36 O.S. § 3629.

*/s/ Rex Travis*
REX TRAVIS, OBA #9081
PAUL KOURI, OBA # 20751
P.O. Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
E-mail: RexTravis@TravisLawOffice.com
E-mail: PaulKouri@TravisLawOffice.com
Attorneys for Plaintiff

Attorney Lien Claimed