## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | CARSON CARRIER, as Beneficiary, )<br>)<br>) | |
| | Plaintiff, ) | |
| | ) | |
| v. | ) | No. CIV-12-395-HE |
| | ) | |
| 1. | STATE FARM LIFE INSURANCE COMPANY, )<br>)<br>) | *Honorable Joe Heaton* |
| | Defendant. ) | |

### DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Carson Carrier, as Beneficiary, by and through his attorney of record, Rex Travis, and hereby dismisses all claims against the Defendant, State Farm Life Insurance Company, in the above-styled and numbered cause, with prejudice to the filing of a future action thereof, and would show that an agreed compromise settlement has been entered into between the Plaintiff, Carson Carrier, as Beneficiary, and the Defendant, State Farm Life Insurance Company, each party to bear their own costs.

Respectfully submitted,

*s/Rex Travis*
Rex Travis, OBA #9081
E-mail:rextravis@TravisLawOffice.com
Paul Kouri, OBA #20751
E-mail:paulkouri@TravisLawOffice.com
P.O. Box 1336
Oklahoma City, OK 73101-1336
(405) 236-5400
(405) 236-5499 Fax
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

___X___ I hereby certify that on the 31st day of May, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Joseph T. Acquaviva, Jr.
JTAcqua@aol.com
WILSON, CAIN & ACQUAVIVA
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73103
**ATTORNEYS FOR DEFENDANT,**
**STATE FARM LIFE INSURANCE COMPANY**

_____ I hereby certify that on the _____ day of _____, 2012, I served the attached document by certified mail, return receipt requested, with proper postage prepaid thereon to the following:

_*s/Rex Travis*_____
Rex Travis

2